### Peter Delamater v. James Borland.

IN error on a *certiorari* from a justice's court. The declaration was for ten dollars, deposited in the hands of the defendant below as a stake on a wager. The demand at the trial was for 25 dollars due on a note, on which five had been paid, and the judgment was for fifteen dollars.

*Per Curiam.* It appears that the plaintiff below declared for one thing, and gave evidence of another totally variant. To this the defendant made an ob-

Feb. Term, jection, which was overruled. In the next place, the
1804. declaration is for ten dollars, and the judgment for
fifteen. Both errors are fatal, and there must be a
reversal with costs.*

---

* The multiplicity of cases from the Justices' Courts will excuse the insertion of the following determination, by which it was decided, that they have no jurisdiction under the joint debtor act.